IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURGESS ROE AND JANE J. ROE, | : <br> : <br> : No. 11-816 <br> : <br> : [Filed Electronically] <br> : <br> : Chief Judge Kane <br> : <br> : <br> : <br> : |
| Plaintiffs, | |
| vs. | |
| CHIEF EXPLORATION & DEVELOPMENT LLC, *et al.*, | |
| Defendants. | |

## RULE 7.1 DISCLOSURE

Corporate Defendants (other than The Keeton Group, LLC, which is separately represented), offer the following corporate disclosures as required by Federal Rule of Civil Procedure 7.1.

Chief Exploration & Development LLC

Chief Exploration & Development LLC is the parent corporation of Chief Oil & Gas LLC. No publicly held corporation holds 10 per cent or more of the stock of either entity.

Giana Resources, LLC

Giana Resources, LLC, has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Giana Resources, LLC.

### Reach Petroleum, LLC

Reach Petroleum LLC has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Reach Petroleum LLC.

### Seaspin Pty Ltd.

Seaspin Pty Ltd. has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Seaspin Pty Ltd.

### Source Oil & Gas

Source Oil & Gas has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Source Oil & Gas.

### Rock Creek Ranch I, Ltd.

Rock Creek Ranch I, Ltd., has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Rock Creek Ranch I, Ltd.

### eCorp Resource Partners I, L.P.

eCorp Resource Partners I, L.P. has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of eCorp.

Denpeer Energy, L.P.

Denpeer Energy, L.P. has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Denpeer.

Texas E. Partners X

Texas E. Partners X has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Texas E. Partners X.

MKR Holdings, L.L.C.

MKR is wholly owned by Chesapeake Appalachia, L.L.C.

Enerplus Resources (USA) Corporation

Enerplus Resources (USA) Corp. is wholly owned by Enerplus Corporation, a publicly held corporation.

Radler 2000 Limited Partnership

Radler 2000 Limited Partnership has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Radler.

April 29, 2011

**K&L GATES LLP**

 s/ George A. Bibikos
David R. Fine (PA 66742)
david.fine@klgates.com
George A. Bibikos (PA 91249)
george.bibikos@klgates.com
Market Square Plaza
17 North Second Street, 18th Fl.
Harrisburg, PA  17101
(717) 231-4500

*Counsel for Disclosing Defendants*

## **CERTIFICATE OF SERVICE**

  I certify that, on April 29, 2011, I filed the attached electronically such that it will be served automatically on registered ECF users and I caused a copy to be served on non-registered ECF users by U.S. Mail:

John A. Shoemaker, Esq.
PO Box 328
Montoursville, PA 17754
*Counsel for Plaintiffs*

Russell L. Schetroma, Esq.
Brian J. Pulito, Esq.
STEPTOE & JOHNSON, PLLC
201 Chestnut Street, Suite 200
Meadville, PA 16335
*Counsel for The Keeton Group*

          /s George A. Bibikos
          George A. Bibikos