AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| Burgess Roe and Jane J. Roe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:11-cv-00816 |
| Chief Exploration & Development LLC, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   JUDGMENT be and is hereby ENTERED in favor of defendants and against plaintiffs in accordance with
the Court's Order entered August 13, 2013, record document no.  52.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury *and the above decision*
was reached.

☑ decided by Judge  Matthew W. Brann _____ on a motion for
summary judgment.

Date: ___August 13, 2013___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*